1 **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3 101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4 Telephone: (213) 252-8008
Facsimile: (213) 252-8009
5 cm@SoCalEAG.com

6 Attorneys for Plaintiff, JUAN VALENCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>BALBOA CAR WASHES, INC. D/B/A DENNY'S CAR WASH; DENNIS METCALF; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:24-cv-00663 WLH (ASx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JUAN VALENCIA ("Plaintiff") and Defendants BALBOA CAR WASHES, INC. D/B/A DENNY'S CAR WASH and DENNIS METCALF stipulate and jointly request that this Court dismiss the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: March 22, 2024   SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: March 29, 2024   JEFFER MANGELS BUTLER & MITCHELL LLP

By: */s/ Christpher Whang*
Christopher Whang, Esq.
Attorneys for Defendants
BALBOA CAR WASHES, INC. D/B/A DENNY'S CAR WASH; DENNIS METCALF

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 29, 2024                    By: */s/ Jason J. Kim*
Jason J. Kim